PHILLIP A. TALBERT
Acting United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 1 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE SEARCH OF A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 662-2949 | CASE NO. 2:16-SW-0217 AC<br><br>[PROPOSED] ORDER RE: REQUEST FOR UNSEALING OF SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, and return are unsealed.

DATED: 8-18-2016

Hon. Edmund F. Brennan
United States Magistrate Judge